# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 4359 | **DATE** | September 7, 2005 |
| **CASE TITLE** | Fruit Belt Canning Co. v. Heinemann's Inc., et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's Motion for Substitution of Counsel and Additional Appearance is granted. Mary E. Gardner is granted leave to withdraw as counsel for Plaintiff and Patrick J. Reda to appear as additional counsel of record for Plaintiff.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|